**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: |
| v. | ) ) | 12-cv-07677 |
| SOUTH LOOP CLUB, | ) ) | JURY TRIAL DEMAND |
| Defendant. | ) ) ) | |

**COMPLAINT**

**NATURE OF THE ACTION**

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and retaliation, and to provide appropriate relief to employees who were adversely affected by such practices. A class of female employees, including Charging Parties Abigail Goss, Shannon Flynn, Iris Spivak, and Lisa Wagman ("Charging Parties"), was subjected to harassment because of their sex. The harassment included repeated acts and comments of a sexual nature that were demeaning and unwelcomed. Further, a class of female employees, including Charging Parties, was subjected to retaliation for engaging in protected activity by being discharged or constructively discharged.

**JURISDICTION AND VENUE**

1.   This action is brought by the United States Equal Employment Opportunity Commission to enforce provisions of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et seq.*

2.   This action is authorized and instituted pursuant to §706(f)(1) and §706(f)(3), 42 U.S.C. §2000e-5(f)(1), §2000e-5(f)(3).

3.   This court has jurisdiction in this action pursuant to 28 U.S.C. §§451, 1331, 1337, 1343, 1345, 42 U.S.C. §§2000e-5(f)(3), and §102 of the Civil Rights Act of 1991, 42. U.S.C. §1981A.

4.   The unlawful acts alleged below were and are now being committed within the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division.

## PARTIES

5.   Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by §706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

6.   At all relevant times, Defendant South Loop Club has continuously been doing business in the State of Illinois and has continuously had at least 15 employees.

7.   At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

8.   More than thirty days prior to the institution of this lawsuit, Abigail Goss, Shannon Flynn, Iris Spivak, and Lisa Wagman filed charges with the Commission alleging violations of Title VII by Defendant.

9.   On July 31, 2012, the EEOC found reasonable cause to believe that Defendant discriminated against the Charging Parties and a class of female employees in violation of Title VII.

10.  On July 31, 2012, the EEOC invited the parties to engage in conciliation.

11.  On September 20, 2012, the EEOC informed the parties that the EEOC was unable to secure from the Defendant a conciliation agreement acceptable to the Commission.

12.  All conditions precedent to the institution of this lawsuit have been fulfilled.

13.  Since at least 2007, Defendant has engaged in unlawful employment practices at its Chicago, Illinois, location, in violation of §703(a) of Title VII, 42 U.S.C. § 2000e-2(a). Those unlawful employment practices include, but are not limited to, subjecting a class of female employees, including Charging Parties, to a hostile working environment because of their sex through:

   a. repeated use, by Defendant's owners and managers, of language that was degrading to women;

   b. comments of a sexual nature and/or about female employees' bodies; and

   c. actions that included sexual touching of female employees' bodies.

14.  Since at least 2008, Defendant has engaged in retaliation at its Chicago, Illinois, location in violation of §704(a) of Title VII, 42 U.S.C. §2000e-3(a). Those unlawful employment practices include, but are not limited to, subjecting Charging Parties and a class of female employees to discharge or constructive discharge for engaging in statutorily protected activity, including opposing discrimination prohibited by Title VII.

15.  The effect of the practices complained of in paragraphs 13 & 14 above has been to deprive Charging Parties and a class of female employees of equal employment opportunities and otherwise adversely affect their status as employees because of their sex, and to deprive Charging Parties and a class of female employees of equal employment opportunities and otherwise adversely affect their status as employees because of their opposition to unlawful discrimination and/or filing charges of discrimination with the Commission.

16. The unlawful employment practices complained of in paragraphs 13 & 14 above were and are intentional.

17. The unlawful employment practices complained of in paragraphs 13 & 14 above were and are done with malice or with reckless indifference to the federally protected rights of Charging Parties and a class of female employees.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with it, from engaging in employment practices which discriminate on the basis of sex, and/or which retaliate against employees for opposing employment practices prohibited by Title VII and/or for participating in any government investigation of discrimination.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for its employees regardless of sex and regardless of opposition to practices prohibited by Title VII or participation in any government investigation of discrimination, and which eradicate the effects of Defendant's unlawful employment practices on all employees.

C. Order Defendant to make whole a class of female employees, including Charging Parties, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to front pay or rightful place reinstatement.

D. Order Defendant to make whole a class of female employees, including Charging Parties, by providing compensation for past and future pecuniary losses resulting from the unlawful

sex discrimination and retaliation alleged above, including but not limited to job search expenses, in amounts to be determined at trial.

E.  Order Defendant to make whole a class of female employees, including Charging Parties, by providing compensation for past and future non-pecuniary losses resulting from the unlawful sex discrimination and retaliation alleged above, including but not limited to emotional pain, suffering, humiliation, inconvenience, and mental anguish in amounts to be determined at trial.

F.  Order Defendant to pay Charging Parties and a class of female employees punitive damages for its malicious and reckless conduct described in paragraphs 13 & 14 above, in amounts to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

P. David Lopez
General Counsel

Gwendolyn Young Reams
Associate General Counsel

Equal Employment Opportunity Commission
131 M Street, N.E.
Washington, D.C. 20507

/s/ John Hendrickson
John Hendrickson
Regional Attorney

/s/ Gregory Gochanour
Gregory Gochanour
Supervisory Trial Attorney

/s/ Brad Fiorito
Brad Fiorito
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Equal Employment Opportunity Commission
Chicago District Office
500 West Madison Street
Suite 2000
Chicago, Illinois 60661
312-869-8000